tion by Mathias Rusch, an infant, etc., against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

SPRING, J., dissents, upon the ground of contributory negligence.